**FILED**

06/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0508

RANDALL KEITH ORTON,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

JUN 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 1, 2022, within which to file his opening brief.

DATED this ⟨23rd⟩ day of June, 2022.

For the Court,

_Chief Justice_